# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MALLIOS REALTY LLC, et al.,**<br><br>**Defendants.** | **Civil Action No. 24-CV-2756** |
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HOTBOX DC LLC, et al.,**<br>**Defendants.** | **Civil Action No. 24-CV-2823** |
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KRS LLC, et al.,**<br>**Defendants.** | **Civil Action No. 24-CV-2889** |

| | |
|---|---|
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**KHOPKINS LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 24-CV-2961** |
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**POWER OF PLANTS LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 24-CV-3332** |
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**1314 9TH STREET, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 24-CV-3416** |
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**SADC LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 24-3501** |

| | |
|---|---|
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC, et al.,** | **Civil Action No. 24-CV-3603** |
| **Plaintiff,** | |
| **v.** | |
| **SMOKE SHOP INC., et al.,** **Defendants.** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD: Please

withdraw the appearance of Andrew J. Lavin of Kass Legal Group, PLLC and enter the

appearance of Brian L. Kass of Kass Legal Group, PLLC as counsel for Defendant RAHIMI

INVESTMENT INC.

All future notices, pleadings, filings, and correspondence should be directed to:

Brian L. Kass, Esq.
Kass Legal Group, PLLC
4301 Connecticut Ave., N.W. #434
Washington, DC 20008
Tel.:202-659-6500
briankass@kasslegalgroup.com

Respectfully submitted,

Kass Legal Group, PLLC

/s/ Brian L. Kass
Brian L. Kass, Esq. (#451581)
Kass Legal Group PLLC
4301 Connecticut Ave., N.W. #434
Washington, DC 20008
Attorney for St. Albans Investments LLC
Tel.:202-659-6500
briankass@kasslegalgroup.com

3

## Certificate of Service

I do swear and affirm that on this 30th day of June 2026, a copy of the foregoing Notice of Substitution of Counsel was sent to all counsel of record through the Court's e-service platform.

/s/ Brian L. Kass